UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BELL,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANK PENNY LAW FIRM, et al.,<br><br>        Defendants. | No. 2:16-cv-3051 JAM CKD PS<br><br><br>ORDER |

       Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

       Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

       In the complaint, plaintiff complains about monies that were used from the settlement of a civil action arising out of an auto accident. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff

/////

will be ordered to show cause why this action should not be dismissed.  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2.  No later than January 20, 2017, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  January 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bell3051.ifp-nosmj